UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 19-8442-JFW(SKx)** | Date: August 10, 2020 |
| Title: | Daniel Dubiecki -v- Mercedes Benz USA, LLC | |

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

| | |
|---|---|
| **PROCEEDINGS (IN CHAMBERS):** | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

      In the Court's November 15, 2019 Scheduling and Case Management Order ("CMO"), the Court set April 6, 2020 as the last day to conduct a Settlement Conference, and April 10, 2020 as the last day to file a Joint Report Re: Results of Settlement Conference. The parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of April 6, 2020.

      Accordingly, this action is hereby **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr